IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA DRIVER,

                Plaintiff,                    JUDGMENT IN A CIVIL CASE

  v.

                                                          Case No. 16-cv-151-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Melissa Driver attorney fees in the amount of $6,280.47 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

        s/ V. Olmo, Deputy Clerk                              10/03/2016
    Peter Oppeneer, Clerk of Court                            Date