IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANA DUNCAN,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.

                                                    Case No. 16-cv-151-bbc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ODERED AND ADJUDGED that judgment is entered awarding Dana Duncan attorney fees in the amount of $10,786.25 under the Equal Access to Justice Act, 42 U.S.C. § 406(b).

| s/ V. Olmo, Deputy Clerk | 9/28/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |